UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 04-119ML** **DATE: September 27, 2005**

**TITLE: Kalfian v. Matrixx Industries, et al.**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**

IN COURT

---

**COUNSEL PRESENT: for pltf: Christopher E. Hulquist**
**for defts: Holly M. Polglase**

**Proceedings: Pltf's Motion to Voluntarily Dismiss Complaint**

**Mr. Hulquist argues pltf's motion. Ms. Polglase responds, and is seeking conditions to be attached to a dismissal here. Counsel advise the Court that a related action pending in Arizona has been stayed.**

**Counsel will participate in a settlement conference with a Magistrate Judge. If not successful, counsel will report same to the Court, after which the Court will issue an order requiring Ms. Polglase to supply the Court with an affidavit re: "adjusted" costs that will more accurately reflect what the value of Ms. Polglase's law firm's services have been to the defts that are strictly expended as a result of the filing of this case that will have no benefit to the defts in Arizona.**