UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROL A. KALFIAN<br><br>Plaintiff,<br><br>v.<br><br>MATRIXX INITIATIVES, INC, ZICAM, LLC, and WAL-MART STORES, INC.,<br><br>Defendants. | Civil Action No. 04-119ML |

**AFFIDAVIT OF HOLLY M. POLGLASE**

I, Holly M. Polglase, under oath, hereby depose and say:

1. I am a partner in the law firm of Campbell Campbell Edwards & Conroy, P.C., counsel for the defendants, Matrixx Initiatives, Inc., Zicam, LLC and Wal-Mart Stores, Inc. (collectively "Matrixx"), in the above-captioned matter. I submit this Affidavit as a supplement to Matrixx's Opposition to Plaintiff's Motion to Voluntarily Dismiss Her Complaint Without Prejudice.

2. I have personal knowledge of the facts set forth in this Affidavit and could testify as to them if called upon to serve as a witness.

3. I am an Attorney admitted to the United States District Court for the District of Rhode Island.

4. My firm was retained by Matrixx to represent them in this very complex products liability matter in May 2004. Throughout the course of the litigation, my firm has worked independently and with the assistance of Matrixx's national counsel on a number of matters related to the case.

5. In August 2005, plaintiff moved to voluntarily dismiss her complaint without prejudice. According to plaintiff's motion, she seeks to dismiss her complaint without prejudice in order to file in Arizona state court. It is my understanding that if this case is dismissed and the plaintiff pursues her claim in Arizona, Campbell Campbell Edwards & Conroy, P.C will not be involved in the defense of the lawsuit except to assist in the transition to Arizona counsel. Therefore, time spent by lawyers from Campbell Campbell Edwards & Conroy, P.C learning the complex medical and scientific issues will not be of benefit to Matrixx in the Arizona litigation.

6. From May 1, 2004 to the present, Matrixx has accrued $49,225.50 in legal fees and $2,265.99 in expenses, which has either been paid or is owed to my firm.

7. After reviewing the bills and consulting with national counsel we have reached the conclusion that $18,206.77 in fees and expenses billed by my firm for responding to plaintiff's complaint, assuming the defense of a co-defendant, providing initial disclosures, obtaining medical records and other information regarding the plaintiff, responding to discovery and drafting and implementing a confidentiality agreement. These matters could be beneficial to Matrixx in the Arizona litigation although it is expected that Matrixx will have to file a new Answer, Initial Disclosure and, perhaps, discovery responses in Arizona.

8. There remains a balance of $33,284.72 in fees and expenses for inter-office conferences, conferences with national counsel, legal tasks specific to Rhode Island practice, mandatory court conferences, court related travel, review of technical information and review of file materials in preparation for case related activities. These tasks will have no application to

plaintiff's case if it is allowed to proceed in Arizona.

SIGNED THIS 13th DAY OF DECEMBER, 2005, UNDER THE PAINS AND PENALTIES OF PERJURY.

Holly M. Polglase (RI# 5692)
Campbell Campbell Edwards & Conroy, P.C
123 Dyer Street
Providence, RI 02903
Tel: (401) 421-5123

**ACKNOWLEDGMENT UNDER OATH**

On this 13th day of December, 2005, before me, the undersigned notary public, personally appeared Holly M. Polglase, who is personally known by me, and acknowledged to me that the information in this affidavit was true to the best of her knowledge.

Notary Public ____________________

My Commission Expires: 06-12-09