UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL A. KALFIAN

v. CA 04-119ML

MATRIXX INITIATIVES, INC.,
ZICAM, LLC, and WAL-MART STORES, INC.

ORDER

Defendant is directed to provide plaintiff and the Court with copies of billing statements which support defendants' claim for $33,284.72 in counsel fees and expenses. Defendant shall provide the copies of billing statements on or before December 30, 2005, unless counsel are able to arrive at a compromise before that date.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
December 20 , 2005