**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CAROL A. KALFIAN : C.A. NO. 04-119 ML

Plaintiff, :

v. :

MATRIXX INITIATIVES, INC., ZICAM, LLC, and WAL-MART STORES, INC., :

Defendants. :

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR RECONSIDERATION AND TO STAY THE DECEMBER 20, 2005 ORDER REQUIRING THE PRODUCTION OF BILLING STATEMENTS**

Plaintiff hereby objects to Defendants' Motion for Reconsideration and to Stay the December 20, 2005 Order Requiring the Production of Billing Statements. The reasons for Plaintiff's objection are set forth in the accompanying memorandum in support of Plaintiff's objection.

Plaintiff,
By and through her Attorneys

Christopher E. Hultquist, Esq. Bar #5264
Tamuleviz, Hultquist & Bianchi, L.L.P.
144 Westminster Street
Providence, RI 02903
Telephone: (401) 490-2939
Facsimile: (401) 490-2940

# CERTIFICATION

I hereby certify that a true and accurate copy of the within document was mailed by regular mail postage prepaid from Tamuleviz, Hultquist & Bianchi, L.L.P., 144 Westminster Street, Providence, RI 02903 to **Holly M. Polglase, Esq. and Richard P. Campbell, Esq.,** Campbell Campbell Edwards & Conroy, One Constitution Plaza, Third Floor, Boston, MA 02129 and **Alan J. Lazarus, Esq.**, Drinker, Biddle & Reath, 50 Fremont Street, San Francisco, CA 94105-2232 on the **30th day of December, 2005**.

Kalfian/P020

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CAROL A. KALFIAN | : | |
| | : | C.A. NO. 04-119 ML |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MATRIXX INITIATIVES, INC., ZICAM, LLC, and WAL-MART STORES, INC., | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR RECONSIDERATION AND TO STAY THE DECEMBER 20, 2005 ORDER REQUIRING THE PRODUCTION OF BILLING STATEMENTS**

The basic foundation for this court's order providing for the production of billing statements to the court, as well as to Plaintiff's counsel, concerns the affidavit provided by defense counsel. If the purported expenses outlined in the affidavit will not benefit the Arizona litigation, it is Plaintiff's position that production of the billing statements will do no harm to Defendants. Defendants' memorandum does not address any new issues that should provide the court with a basis for reconsideration.

Plaintiff,
By and through her Attorneys

Christopher E. Hultquist, Esq. Bar #5264
Tamuleviz, Hultquist & Bianchi, L.L.P.
144 Westminster Street
Providence, RI 02903
Telephone: (401) 490-2939
Facsimile: (401) 490-2940

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within document was mailed by regular mail postage prepaid from Tamuleviz, Hultquist & Bianchi, L.L.P., 144 Westminster Street, Providence, RI 02903 to **Holly M. Polglase, Esq. and Richard P. Campbell, Esq.,** Campbell Campbell Edwards & Conroy, One Constitution Plaza, Third Floor, Boston, MA 02129 and **Alan J. Lazarus, Esq.**, Drinker, Biddle & Reath, 50 Fremont Street, San Francisco, CA 94105-2232 on the **30th day of December, 2005**.

Kalfian/P020