UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL A. KALFIAN

v. CA 04-119ML

MATRIXX INITIATIVE, INC.,
ZICAM, LLC, and
WAL-MART STORES, INC.

ORDER

On December 20, 2005, this Court issued an order directing counsel for defendants to submit to counsel for plaintiff copies of billing statements which support defendants' claim for $33,284.72 in fees and expenses. Defendants have moved for reconsideration citing attorney-client privilege and work product doctrine. Having considered defendants' Motion for Reconsideration, the Court makes the following order:

The billing statements shall be submitted to the Court on or before January 13, 2006 for an in-camera inspection. The billing statements shall not be docketed or made a part of the court file.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
January 4, 2006