UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROL A. KALFIAN, Plaintiff, v. MATRIXX INITIATIVES, INC, ZICAM, LLC, and WAL-MART STORES, INC., Defendants. | Civil Action No. 04-119ML |

## SUPPLEMENTAL AFFIDAVIT OF HOLLY M. POLGLASE

I, Holly M. Polglase, under oath, hereby depose and say:

1. On December 13, 2005, I submitted an Affidavit stating that Matrixx Initiatives, Inc., Zicam, LLC and Wal-Mart Stores, Inc. (collectively "Matrixx") were entitled to $33,284.72 in legal fees and expenses if this Court was inclined to allow plaintiff's motion to voluntarily dismiss her complaint without prejudice.

2. Upon further review of the billing statements, I have withdrawn an additional $1,774.00. Therefore, Matrixx is entitled to $31,510.72 in fees and expenses if this Court is inclined to allow plaintiff's motion to voluntarily dismiss her complaint without prejudice.

SIGNED THIS 12 DAY OF JANUARY, 2006, UNDER THE PAINS AND PENALTIES OF PERJURY.

Holly M. Polglase (RI# 5692)
Campbell Campbell Edwards & Conroy, P.C
123 Dyer Street
Providence, RI 02903
Tel: (401) 421-5123

**ACKNOWLEDGMENT UNDER OATH**

On this 13th day of January, 2006, before me, the undersigned notary public, personally appeared Holly M. Polglase, who is personally known by me, and acknowledged to me that the information in this affidavit was true to the best of her knowledge.

Notary Public [signature]

My Commission Expires: 06-12-09

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROL A. KALFIAN<br><br>Plaintiff,<br><br>v.<br><br>MATRIXX INITIATIVES, INC, ZICAM, LLC, and WAL-MART STORES, INC.,<br><br>Defendants. | Civil Action No. 04-119ML |

## CERTIFICATE OF SERVICE

I, Holly M. Polglase, attorney for the defendants Matrixx Initiatives, Inc., Zicam, LLC, and Wal-Mart Stores hereby certify that on January 13, 2006, I forwarded the Supplemental Affidavit of Holly M. Polglase via First Class Mail to:

Christopher Hultquist, Esq.
Tamuleviz Hultquist Bianchi LLP
144 Westminster Street
Providence, RI 02903

[signature]
Holly M. Polglase